No. 77–5531.   ANDERSON v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 77–5537.   JOHNSON v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 77–258.   JAGO, CORRECTIONAL SUPERINTENDENT v. PAPP. C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 77–382.   BEAL, SECRETARY, DEPARTMENT OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL. v. VECCHIONE ET AL.   C. A. 3d Cir.   Motion of respondents Ragone et al. for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 77–290.   COLE v. UNITED STATES.   Ct. Cl.   Motion to proceed as a veteran granted.   Certiorari denied.

No. 77–414.   CAPE PUBLICATIONS, INC., ET AL. v. ADAMS. Dist. Ct. App. Fla., 4th Dist.   Motion of American Newspaper Publishers Assn. for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 77–433.   HOWELL v. DALLAS BAR ASSN. ET AL.   C. A. 5th Cir.   Motion for consideration with No. 76–1750, *Stump* v. *Sparkman* [certiorari granted, *ante*, p. 815], and certiorari denied.

No. 76–6593.   CLARK v. UNITED STATES, *ante*, p. 839;
No. 76–6939.   GUZMAN v. JONES ET AL., *ante*, p. 813;
No. 76–6967.   SHAW ET AL. v. MERRITT-CHAPMAN & SCOTT CORP. ET AL., *ante*, p. 852;
No. 77–5053.   SHAW v. THOMPSON, WARDEN, *ante*, p. 864; and
No. 77–5283.   THERIAULT ET AL. v. SILBER ET AL., *ante*, p. 871.   Petitions for rehearing denied.